UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN E. JAMES,   No. C 06-2980 JSW (PR)

    Petitioner,   **ORDER OF DISMISSAL**

  v.

L. E. SCRIBNER,

    Respondent.
_____/

    Petitioner, a prisoner of the State of California, currently incarcerated at Calpatria State Prison located in Calpatria, California, filed this action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his finding of guilty on a disciplinary proceeding conducted at Salinas Valley State Prison, in which Petitioner was assessed good time credit. On October 16, 2006, this Court dismissed the petition but granted Plaintiff thirty days to amend (docket no. 7). The Court notified Petitioner that failure to amend by the designated time would result in a dismissal of the case. Petitioner has not filed any amendment. Accordingly, this case is DISMISSED without prejudice for failure to prosecute and to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). *See Link v. Wabash R.R.*, 370 U.S. 626, 633 (1962); *McKeever v. Block*, 932 F.2d 795, 797 (9th Cir. 1991). The Clerk shall close the file and enter judgment in this matter.

    IT IS SO ORDERED.

DATED: January 10, 2007

                                      JEFFREY S. WHITE
                                      United States District Judge